# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
R B International General Trading & ) ASBCA No. 61656
Contracting Co. )
)
Under Contract No. 48743476 *et al.* )

APPEARANCES FOR THE APPELLANT: Stephen J. McBrady, Esq.
David Robbins, Esq.
Skye Mathieson, Esq.
Charles Baek, Esq.
Crowell & Moring LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Daniel K. Poling, Esq.
DLA Chief Trial Attorney
Robin E. Walters, Esq.
Michael P. Thiefels, Esq.
Trial Attorneys
DLA Disposition Services
Battle Creek, MI

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: July 22, 2019

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61656, Appeal of R B International General Trading & Contracting Co., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals